# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-1066
_____

RICARDO L. JOHNSON,

    Appellant,

v.

DEPARTMENT OF CORRECTIONS,

    Appellee.

_____

On appeal from the Circuit Court for Wakulla County.
J. Layne Smith, Judge.

September 11, 2024

PER CURIAM.

    DISMISSED. *Jones v. Jones*, 845 So. 2d 1012, 1013 (Fla. 5th DCA 2003).

LEWIS, ROBERTS, and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ricardo L. Johnson, pro se, Appellant.

Ashley Moody, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellee.